IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustee for the benefit of the registered holders of GS Mortgage Securities Trust 2021-GSA3, Commercial Mortgage Pass-Through Certificates, Series 2021-GSA3, acting through its special servicer Argentic Services Company LP,<br><br>        Plaintiff,<br><br>   v.<br><br>JACK RAFIQ,<br><br>        Defendant. | Civil Action No. 1:22-cv-06177-JPO |

**ORDER GRANTING PLAINTIFF'S MOTION DEEMING DEFENDANT SERVED OR, IN THE ALTERNATIVE, PROVIDING FOR ALTERNATE SERVICE**

This matter is before the Court on Plaintiff's Motion for an Order Deeming Defendant Served or, in the Alternative, Providing for Alternate Service (the "***Motion***")[1]. Having considered the Motion and the papers submitted by counsel in support thereof, the Court hereby orders as follows:

1. Plaintiff's Motion is GRANTED as set forth herein;

2. Defendant Jack Rafiq shall be deemed to have been served with the Summons and Complaint on August 11, 2022;

3. Defendant Jack Rafiq shall serve his Answer to the Complaint within thirty (30) days of the service of this Order on Defendant pursuant to Paragraph 4; and

4. Within five (5) days of entry of this Order, Plaintiff shall serve a copy of this Order on Defendant via electronic mail at jrafiq2@aol.com and U.S. Mail, postage prepaid, to 636 C Street, San Diego, California 92101, Attention: Jack Rafiq, and file an affidavit of service evidencing such service. Service of this Order shall be deemed completed on the latter of the date of service by electronic mail and three (3) days after the U.S. Mail parcel is postmarked.

---

[1] Capitalized terms not defined herein shall have the meaning given such terms in the Motion.

The Clerk is directed to close the motion at Dkt. No. 6.

IT IS SO ORDERED.

DATED: August 24, 2022.

_____
J. PAUL OETKEN
United States District Judge